United States District Court
Eastern District of Michigan
Southern Division

United States of America,

       Plaintiff,                          District Court No. 07-20189

       v.                                  Honorable David M. Lawson

Robert McDonel,

       Defendant.

## Notice of Appeal

Notice is hereby given that the United States appeals to the United States Court of Appeals for the Sixth Circuit from the Order Granting Defendant's Motion to Reduce Sentence [R. 254], entered in this action on January 13, 2021, as well as from the Amended Judgments [R. 255 and R. 257] entered thereafter.

                                            Respectfully submitted,

                                            Saima S. Mohsin
                                            Acting United States Attorney

                                            */s/ Benjamin Coats*
                                            Assistant U. S. Attorney
                                            211 W. Fort Street, Suite 2001
                                            Detroit, MI  48226
                                            Phone:  (313) 226-9734
                                            Benjamin.Coats@usdoj.gov

Dated:  February 12, 2021